# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **NEX SJ LLC** | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 5 – 2 0 9 8 5 7 8 | |
| **4. Debtor's address** | **Principal place of business** 170 Market Street (Number Street) San Jose, CA 95113 (City State ZIP Code) Santa Clara (County) | **Mailing address, if different from principal place of business** 1600 Riviera Ave (Number Street) Walnut Creek, CA 94596 (City State ZIP Code) **Location of principal assets, if different from principal place of business** |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: | |

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>**7 2 1 1** |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check all that apply:*<br>　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).<br>　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>　☐ A plan is being filed with this petition.<br>　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____  When _____ Case number _____<br>　　　　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　　　District _____  When _____ Case number _____<br>　　　　　　　　　　　　　　　　　MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☐ No<br>☑ Yes.  Debtor **FMT SJ LLC**                    Relationship **Affiliate**<br>　　　　District **District of Delaware**        When **3/5/2021**<br>　　　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　　Case number, if known **21-10521** |

| Debtor | **NEX SJ LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* <br> ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No <br> ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br> **Why does the property need immediate attention?** *(Check all that apply.)* <br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br> What is the hazard? _____ <br> ☐ It needs to be physically secured or protected from the weather. <br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br> ☐ Other _____ <br> **Where is the property?** _____ <br> Number  Street <br> _____ <br> City  State  ZIP Code <br> **Is the property insured?** <br> ☐ No <br> ☐ Yes. Insurance agency _____ <br>    Contact name _____ <br>    Phone _____ | |

| **Statistical and administrative information** | | |
|---|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:* <br> ☑ Funds will be available for distribution to unsecured creditors. <br> ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | |
| **14. Estimated number of creditors** | ☑ 1-49  ☐ 50-99 <br> ☐ 100-199  ☐ 200-999 | ☐ 1,000-5,000  ☐ 5,001-10,000 <br> ☐ 10,001-25,000 | ☐ 25,001-50,000  ☐ 50,000-100,000 <br> ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000 <br> ☐ $50,001-$100,000 <br> ☐ $100,001-$500,000 <br> ☐ $500,001-$1 million | ☐ $1,000,001-$10 million <br> ☑ $10,000,001-$50 million <br> ☐ $50,000,001-$100 million <br> ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion <br> ☐ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion |

| Debtor | **NEX SJ LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☑ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/05/2024**
MM/ DD/ YYYY

X _/s/ Sam Hirbod_
Signature of authorized representative of debtor

Printed name: **Sam Hirbod**

Title: **Authorized Officer**

**18. Signature of attorney**

X **/s/ James E. Till**
Signature of attorney for debtor

Date **11/05/2024**
MM/ DD/ YYYY

Printed name: **James E. Till**

Firm name: **Till Law Group**

Number Street: **120 Newport Center Dr**

City: **Newport Beach**  State: **CA**  ZIP Code: **92660**

Contact phone: **(949) 524-4999**  Email address: **james.till@till-lawgroup.com**

Bar number: **200464**  State: **CA**

Debtor  **NEX SJ LLC**
Name

Case number (if known)

**Additional Page**

10. Continued

| | | |
|---|---|---|
| Debtor **SC SJ Holdings LLC** | Relationship **Affiliate** | |
| District **District of Delaware** | When **3/21/2021** | |
| Case number, if known **21-10549** | MM / DD / YYYY | |
| Debtor **SC SJ Holdings LLC** | Relationship **Affiliate** | |
| District **Northern District of California** | When **11/5/2024** | |
| Case number, if known **to be filed** | MM / DD / YYYY | |

# RESOLUTIONS OF NEX SJ LLC

RDNWD LLC, as sole member ("**Member**"), and C. Anthony Shippam and Candace R. Corra as independent managers ("**Managers**") of NEX SJ LLC ("**Company**"), a Delaware limited liability company, adopt the following resolutions (the "**Resolutions**").

WHEREAS, the Member and Managers are familiar with the facts and information relating to, among other things: (i) the Company's hotel management agreement, assets, liabilities, and liquidity; (ii) the strategic alternatives available to the Company; and (iii) the potential impacts of the foregoing on the Company's businesses.

WHEREAS, the Member and Managers, in consultation with the Company's management and their professional advisors, have, among other things, evaluated the business alternatives available to the Company, including, but not limited to: (i) potential equity, debt financing, and sale; (ii) out-of-court and in-court options; and (iii) options available under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") (collectively, the "**Options**").

WHEREAS, the Member and Managers have the power and authority to approve any of the Options or any other strategic alternatives available to the Company.

WHEREAS, the Member and Managers have determined, in their judgment, that the Company's filing voluntary chapter 11 petitions in order to avail themselves of applicable law, including the bankruptcy laws, is in the best interests of the Company, their creditors, and other interested parties.

NOW, THEREFORE, BE IT:

RESOLVED, that the Company shall be and hereby are authorized to file or cause to be filed, for each Company, a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of California (when filed, the "**Chapter 11 Case**"); and it is

FURTHER RESOLVED that any officer (or legally authorized individual duly acting on behalf) of the Company (each, an "**Authorized Officer**"), acting alone or with one or more other Authorized Officers (though in consultation with the Member), is hereby authorized, empowered and directed to execute and file on behalf of the Company all petitions, motions, pleadings, applications, exhibits, schedules, lists, and other papers, instruments, or documents, and take and perform any and all further actions and steps that they deem necessary, desirable, and proper to obtain such relief, including, without limitation, any action necessary, appropriate, or desirable to maintain or improve the operation of the Company's business, and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of California, at such time as the Authorized Officers shall determine; and it is

FURTHER RESOLVED that, in the interest of clarity, the Authorized Officers are authorized to terminate and reject any or all executory contracts with non-debtor parties to which the Company are or would allegedly be subject to; and it is

1

FURTHER RESOLVED, that the retention by the Company of the law firm of Till Law Group ("**Till Law**") as bankruptcy counsel to represent and assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions necessary to advance the Company's rights in connection therewith, including filing any pleadings, is approved and ratified, and each of the Authorized Officers, with power of delegation, is hereby authorized and directed to execute and ratify appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain Till Law; and it is

FURTHER RESOLVED, that the hiring and engagement of 6S Advisors, LLC *dba* Solution Advisors LLC ("**Solution Advisors**") as financial advisor ("**FA**") to provide financial advisory, and related services to the Company is approved, and that the FA (in consultation with the Member) is authorized to retain additional personnel to assist the FA, in connection with the Chapter 11 Case; and it is

FURTHER RESOLVED, that in consultation with the Member, each of the Authorized Officers is authorized and empowered to employ on the Company's behalf other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, each of the Authorized Officers is, in consultation with the Member and with power of delegation, hereby authorized and directed to execute appropriate retention agreements and cause to be filed appropriate applications with the bankruptcy court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable, and proper; and it is

FURTHER RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers (and their designees and delegates) hereby is authorized and empowered (in consultation with the Member), in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such Authorized Officer or Authorized Officers' judgment, shall be necessary, appropriate, or desirable in order to fully carry out the intent and accomplish the purposes of the Resolutions adopted herein; and it is

FURTHER RESOLVED, that any and all actions heretofore taken by any of the Authorized Officers or the Member and Managers in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing Resolutions are hereby ratified, confirmed, and approved in all respects.

[Intentionally Blank]

IN WITNESS WHEREOF, the undersigned, being all the Member and Managers of the Company, hereby execute these Resolutions.

MEMBER:

RDNWD LLC,
a Delaware limited liability company

By: FMT SJ HOLDINGS LLC,
a Delaware limited liability company,
its sole member

By: EAGLE CANYON CAPITAL LLC
a Delaware limited liability company,
its sole member

By: _____
Sam Hirbod
President

INDEPENDENT MANAGERS:

_____
C. Anthony Shippam

_____
Candace R. Corra

3

Fill in this information to identify the case:

Debtor name __NEX SJ LLC__

United States Bankruptcy Court for the:
__Northern District of California__

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Signia Hotel Management LLC<br>Attn Charlie Ruehr<br>7930 Jones Branch Dr<br>Mc Lean, VA 22102 | (703) 883-1000 | Manager Fees | | | | $531,926.00 |
| 2 | Vesta Food Service<br>31773 Hayman St<br>Aumsville, OR 97325 | (510) 952-8495 | Trade Debt | | | | $31,784.00 |
| 3 | Newport Meat Co<br>48811 Warm Springs Blvd<br>Fremont, CA 94539 | (510) 438-8600 | Trade Debt | | | | $29,284.00 |
| 4 | Sysco Food Services<br>PO Box Box 5019<br>Fremont, CA 94537 | (800) 797-2627 | Trade Debt | | | | $17,530.00 |
| 5 | Griswold Industries<br>1701 Placentia Ave<br>Costa Mesa, CA 92627-4416 | (949) 722-4800 | Trade Debt | | | | $13,169.00 |
| 6 | AF&Co<br>1160 Mission St Unit 2211<br>San Francisco, CA 94103 | (415) 781-5700 | Trade Debt | | | | $8,800.00 |
| 7 | Ecolab<br>PO Box Box 100512<br>Pasadena, CA 91189 | (800) 352-5326 | Trade Debt | | | | $6,630.00 |
| 8 | Nalco<br>PO Box Box 730005<br>Dallas, TX 75373-0005 | (800) 288-0879 | Trade Debt | | | | $6,475.00 |

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Grainger<br>PO Box 800<br>235 S Industrial<br>Chatsworth, GA 30705 | (800) 472-4643 | Trade Debt | | | | $5,668.00 |
| 10 | Worldwide Draperies<br>705 W 20th St<br>Hialeah, FL 33010 | (305) 887-9611 | Trade Debt | | | | $5,175.00 |
| 11 | Guest Supply<br>PO Box Box 6771<br>Somerset, NJ 08875-6771 | (800) 772-7676 | Trade Debt | | | | $4,517.00 |
| 12 | Grill on the Alley<br>172 S Market St<br>San Jose, CA 95113 | (408) 294-2244 | Trade Debt | | | | $4,210.00 |
| 13 | Edward Don<br>2562 Paysphere Circle<br>Chicago, IL 60674-2564 | (866) 562-3310 | Trade Debt | | | | $3,704.00 |
| 14 | Santa Monica Seafood<br>18531 S Broadwick St<br>Compton, CA 90220 | (800) 969-8862 | Trade Debt | | | | $2,930.00 |
| 15 | QI Botanical Tea Canada LTD<br>1616 W 7th Ave<br>Vancouver, BC V6P 6G2<br>CANADA, | | Trade Debt | | | | $2,244.00 |
| 16 | Harbor Distributing<br>13344 Main St Dept 2685<br>Los Angeles, CA 90084-2683 | (310) 538-5483 | Trade Debt | | | | $1,838.00 |
| 17 | N A Sales Co<br>2695 McCone Ave<br>Hayward, CA 94545 | (510) 397-6293 | Trade Debt | | | | $1,410.00 |
| 18 | Frontline Performance<br>1075 W Morse Blvd<br>Winter Park, FL 32789 | (407) 682-3434 | Trade Debt | | | | $1,371.00 |
| 19 | Duckhorn Wine Co<br>1000 Lodi Lane<br>Saint Helena, CA 94574 | (707) 763-7108 | Trade Debt | | | | $1,184.00 |
| 20 | Cintas Corporation 630<br>PO Box Box 29059<br>Phoenix, AZ 85038-9059 | (408) 834-4381 | Trade Debt | | | | $1,046.00 |

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)
- ☐ *Amended Schedule* _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/05/2024**
MM/ DD/ YYYY

X _____[signature]_____
Signature of individual signing on behalf of debtor

**Sam Hirbod**
Printed name

**Authorized Officer**
Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

IN RE: **NEX SJ LLC**  CASE NO

  CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  **11/05/2024**  Signature _____

  Sam Hirbod, Authorized Officer

AF&Co
1160 Mission St Unit 2211
San Francisco, CA 94103


Brightspire
Attn Matthew Heslin
590 Madison Ave 33rd Floor
New York, NY 10002


California Dept of Tax and Fee Admin
Account Information Grp MIC 29
PO Box 942879
Sacramento, CA 94279-0029

Cintas Corporation 630
PO Box Box 29059
Phoenix, AZ 85038-9059


City of San Jose
Finance Dept
200 E Santa Clara Street 13 FL
San Jose, CA 95113


Delaware Div of Revenue
Attn Bankruptcy Administrator
820 N French St 8th FL
Wilmington, DE 19801


Duckhorn Wine Co
1000 Lodi Lane
Saint Helena, CA 94574


Eagle Canyon Holdings LLC
1600 Riviera Ave Ste 220
Walnut Creek, CA 94596

Eastridge Capital LLC
6629 Linville Ridge Dr
Oak Ridge, NC 27310


Ecolab
PO Box Box 100512
Pasadena, CA 91189


Edward Don
2562 Paysphere Circle
Chicago, IL 60674-2564


ESP/Environmentally Safe Products
and Procedures
434 Roberson Ln
San Jose, CA 95112

F&B SJ LLC
1600 Rivier Ave Ste 220
Walnut Creek, CA 94596


Frontline Performance
1075 W Morse Blvd
Winter Park, FL 32789


Grainger
PO Box 800
235 S Industrial
Chatsworth, GA 30705


Grill on the Alley
172 S Market St
San Jose, CA 95113

Griswold Industries
1701 Placentia Ave
Costa Mesa, CA 92627-4416


Guest Supply
PO Box Box 6771
Somerset, NJ 08875-6771


Harbor Distributing
13344 Main St Dept 2685
Los Angeles, CA 90084-2683


Sam Hirbod
1600 Riviera Ave Ste 220
Walnut Creek, CA 94596


Imperial Parking US LLC
c/o CT Corporation System Reg Agent
330 N Brand Blvd
Glendale, CA 91203


Internal Revenue Service
PO Box Box 7346
Philadelphia, PA 19101-7346


JRG Attorneys at Law
Attn Stephan Barber
318 Cayuga St Ste 101
Salinas, CA 93901-2668


N A Sales Co
2695 McCone Ave
Hayward, CA 94545

Nalco
PO Box Box 730005
Dallas, TX 75373-0005


Newport Meat Co
48811 Warm Springs Blvd
Fremont, CA 94539


QI Botanical Tea Canada LTD
1616 W 7th Ave
Vancouver, BC V6P 6G2
CANADA


Santa Monica Seafood
18531 S Broadwick St
Compton, CA 90220


SC SJ Holdings LLC
Attn Katherine Reaggans
1600 Riviera Ave Ste 200
Walnut Creek, CA 94596


SC SJ Holdings LLC
Attn Katherine Reaggans
1600 Riviera Ave Ste 220
Walnut Creek, CA 94596


Signia Hotel Management LLC
Attn Charlie Ruehr
7930 Jones Branch Dr
Mc Lean, VA 22102


Signia Hotel Management LLC
Attn General Counsel
7930 Jones Branch Dr
Mc Lean, VA 22102

Sysco Food Services
PO Box Box 5019
Fremont, CA 94537

Vesta Food Service
31773 Hayman St
Aumsville, OR 97325

Worldwide Draperies
705 W 20th St
Hialeah, FL 33010

Youngs Market
624 N 44th Ave
Phoenix, AZ 85043